# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-1566
Lower Tribunal No. 2021-CF-1084-A-O

_____

MARQUISE DEON JONES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Elaine A. Barbour, Judge.

October 14, 2024

GANNAM, J.

Marquise Deon Jones appeals from a judgment and sentence and order of probation resulting from a negotiated plea, to correct a scrivener's error in the judgment.[1] Jones preserved the error by filing a motion under Florida Rule of Criminal Procedure 3.800(b) while the appeal was pending, which motion is deemed

---

[1] This case was transferred from the Fifth District Court of Appeal to this Court on January 1, 2023.

denied because the trial court did not rule on the motion within sixty days. *See* Fla. R. Crim. P. 3.800(b)(2)(B). The State concedes the scrivener's error.

We affirm the judgment and sentence and order of probation; and we remand for the trial court to correct the scrivener's error in the judgment to reflect that, on count four, Appellant pleaded nolo contendere to, and was adjudicated guilty of, petit theft, a second-degree misdemeanor, under section 812.014(3)(a), Florida Statutes. *See White v. State*, 49 Fla. L. Weekly D1810b, 2024 WL 3997917 (Fla. 6th DCA Aug. 30, 2024); *Addison v. State*, 49 Fla. L. Weekly D1794, 2024 WL 3957129 (Fla. 1st DCA Aug. 28, 2024); *Carrion v. State*, 349 So. 3d 479, 480 (Fla. 2d DCA 2022); *Rivas v. State*, 338 So. 3d 1098, 1099 (Fla. 5th DCA 2022). Jones need not be present when the trial court makes this correction.

AFFIRMED and REMANDED for correction.

WOZNIAK and SMITH, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Matthew J. Salvia, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Whitney Brown Hartless, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED